# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LISA M. GOODSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **CIVIL ACTION NO. 1:08-CV-231-TFM** |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

Upon consideration of Defendant's unopposed *Motion for Extension* (Doc. #15, filed September 4, 2008), it is hereby **ORDERED** that the motion is **GRANTED**, and Defendant may file his brief **on or before October 6, 2008**.

Done this 4th day of September, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE