IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LISA M. GOODSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-231-TFM |
| ) | [wo] |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the memorandum opinion entered herewith, it is **ORDERED** and **ADJUDGED** that the decision of the Commissioner be and is hereby **REVERSED and REMANDED** to the Commissioner for further consideration and proceedings consistent with the memorandum opinion entered herewith.

DONE this 31st of December, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE